FILED

2018 Feb-21  AM 08:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ERIC LYDELLE STOKES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action Number |
| | ) | **2:17-cv-00520-AKK-SGC** |
| **ALABAMA DEPARTMENT OF** | ) | |
| **CORRECTIONS, ET AL,** | ) | |
| | ) | |
| **Defendants.** | | |

## ORDER

On January 4, 2018 the magistrate judge granted the plaintiff's motion for extension of time to pay the $11.83 initial partial filing fee and gave him until February 1, 2018 to pay.  Doc. 10.  Because the plaintiff has not paid the filing fee or notified the court of his consent to have the initial partial filing fee taken from his prison account "when funds exist" in that account pursuant to 28 U.S.C. § 1915(b)(1), this case is **DISMISSED WITHOUT PREJUDICE**.

**DONE** the 21st day of February, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE